# Order

Michigan Supreme Court
Lansing, Michigan

June 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158599

In re RHEA BRODY LIVING TRUST, dated
January 17, 1978, as amended.
_____

ROBERT BRODY,
   Intervenor-Appellant,

v

CATHY B. DEUTCHMAN,
   Petitioner-Appellee,

and

MICHAEL BARTON, Special Fiduciary,
   Intervenor,

and

JAY BRODY,
   Intervenor-Appellant.
_____/

SC: 158599
COA: 330871
Oakland Probate Court:
2015-361379-TV

   On order of the Court, the application for leave to appeal the August 7, 2018 judgment of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion holding that the terms "child" and "beneficiary" in MCL 700.1105(c) are not modified by the phrase "and any other person that has a property right in or claim against a trust estate," as this holding was unnecessary to resolving this case in light of its conclusion that Petitioner Cathy Deutchman was an "interested person" under MCR 5.125(C)(33)(g) and MCL 700.7603(2). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2019



d0611

            Clerk